Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **OXYGEN HOSPITALITY GROUP, INC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3617228** |
| **4.** | **Debtor's address** | **Principal place of business** **20860 N. TATUM BLVD, STE 240** **Phoenix, AZ 85050** Number, Street, City, State & ZIP Code  **Maricopa** County  |  **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **WWW.OXGENHOSPITALITY.COM** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **OXYGEN HOSPITALITY GROUP, INC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7011**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **OXYGEN HOSPITALITY GROUP, INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | OXYGEN HOSPITALITY GROUP, INC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 12, 2019**
MM / DD / YYYY

X **/s/ DAVID VALADE**
Signature of authorized representative of debtor

**DAVID VALADE**
Printed name

Title **CHIEF FINANCIAL OFFICER**

Email Address of debtor

**18. Signature of attorney**

X **/s/ D. LAMAR HAWKINS**
Signature of attorney for debtor

Date **November 12, 2019**
MM / DD / YYYY

**D. LAMAR HAWKINS**
Printed name

**Guidant Law, PLC**
Firm name

**402 E. Southern Ave**
**Tempe, AZ 85282**
Number, Street, City, State & ZIP Code

Contact phone **602-888-9229**  Email address **cindy@guidant.law**

**013251 AZ**
Bar number and State

Fill in this information to identify the case:
Debtor name   **OXYGEN HOSPITALITY GROUP, INC**
United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADVANCED NETWORK SERVICE 3514 N. POWER RD, STE 133 Mesa, AZ 85215 | | BUSINESS DEBT | | | | $2,930.44 |
| ANDATO ANALYTICAL DATA 14829 N. 54TH PLACE Scottsdale, AZ 85254 | | BUSINESS DEBT | | | | $4,135.00 |
| Claremont Land Group, LLC 5861 Pine Ave. Ste A-1 Chino Hills, CA 91709 | | BUSINESS DEBT | | | | $46,999.50 |
| CONCIERGE CONSULTLING, LLC 20860 N. TATUM BLVD, STE 300 Phoenix, AZ 85050 | | BUSINESS DEBT | | | | $16,120.00 |
| DAVIS MILES, GARDNER 40 E. RIO SALADO PKWAY Tempe, AZ 85281 | | BUSINESS DEBT | | | | $322.92 |
| FEDEX P.O. BOX 7221 Pasadena, CA 91109 | | BUSINESS DEBT | | | | $26.18 |
| LIBERTAS LAW GROUP 225 SANTA MONICA BLVD. 5TH FLOOR Santa Monica, CA 90401 | | BUSINESS DEBT | | | | $23,606.84 |

| Debtor | OXYGEN HOSPITALITY GROUP, INC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MARCUM, LLP**<br>750 THIRD AVE,<br>11TH FLOOR<br>New York, NY 10017 | | **BUSINESS DEBT** | | | | $5,150.00 |
| **NEX INDUSTRIES**<br>905- WEST PENDER STREET, STE 402<br>VANCOUVER, BC,<br>V6C 1L6 | | **BUSINESS DEBT** | | | | $93,828.40 |
| **PRINCIPAL LIFE INSURANCE COMPANY**<br>P.O. BOX 10372<br>Des Moines, IA 50306 | | **BUSINESS DEBT** | | | | $324.06 |
| **R S MARKETING & ASSOCIATES**<br>24801 N. 84TH ST<br>Scottsdale, AZ 85255 | | **BUSINESS DEBT** | | | | $6,600.00 |
| **SIMMONS & GOTTFRIED**<br>8160 E. BUTHERUS, STE 7<br>Scottsdale, AZ 85260 | | **BUSINESS DEBT** | | | | $50,114.00 |
| **STAR SERVICES CORP**<br>7363 E. ADOBE DRIVE, STE 115<br>Scottsdale, AZ 85255 | | **BUSINESS DEBT** | | | | $75.00 |
| **TECHNOLOGYVILLE**<br>2733 N. POWER RD, STE 102-191<br>Mesa, AZ 85215 | | **BUSINESS DEBT** | | | | $3,145.00 |
| **V CORP**<br>25 RBERT PITT DRIVE, STE<br>Monsey, NY 10952 | | **BUSINESS DEBT** | | | | $1,678.00 |
| **WEST COAST STOCK TRANSFER**<br>721 N. VULCAN AVE, STE 205<br>Encinitas, CA 92024 | | **BUSINESS DEBT** | | | | $534.85 |

OXYGEN HOSPITALITY GROUP, INC -

ADVANCED NETWORK SERVICE
3514 N. POWER RD, STE 133
MESA AZ 85215

ANDATO ANALYTICAL DATA
14829 N. 54TH PLACE
SCOTTSDALE AZ 85254

CLAREMONT LAND GROUP, LLC
5861 PINE AVE. STE A-1
CHINO HILLS CA 91709

CONCIERGE CONSULTLING, LLC
20860 N. TATUM BLVD, STE 300
PHOENIX AZ 85050

DAVIS MILES, GARDNER
40 E. RIO SALADO PKWAY
TEMPE AZ 85281

FEDEX
P.O. BOX 7221
PASADENA CA 91109

LIBERTAS LAW GROUP
225 SANTA MONICA BLVD. 5TH FLOOR
SANTA MONICA CA 90401

MARCUM, LLP
750 THIRD AVE, 11TH FLOOR
NEW YORK NY 10017

NEX INDUSTRIES
905- WEST PENDER STREET, STE 402
VANCOUVER, BC, V6C 1L6

PRINCIPAL LIFE INSURANCE COMPANY
P.O. BOX 10372
DES MOINES IA 50306

R S MARKETING & ASSOCIATES
24801 N. 84TH ST
SCOTTSDALE AZ 85255

OXYGEN HOSPITALITY GROUP, INC -


SIMMONS & GOTTFRIED
8160 E. BUTHERUS, STE 7
SCOTTSDALE AZ 85260


STAR SERVICES CORP
7363 E. ADOBE DRIVE, STE 115
SCOTTSDALE AZ 85255


TECHNOLOGYVILLE
2733 N. POWER RD, STE 102-191
MESA AZ 85215


V CORP
25 RBERT PITT DRIVE, STE
MONSEY NY 10952


WEST COAST STOCK TRANSFER
721 N. VULCAN AVE, STE 205
ENCINITAS CA 92024

# United States Bankruptcy Court
## District of Arizona

In re **OXYGEN HOSPITALITY GROUP, INC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **OXYGEN HOSPITALITY GROUP, INC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 12, 2019** | /s/ D. LAMAR HAWKINS |
| Date | **D. LAMAR HAWKINS** |
| | Signature of Attorney or Litigant |
| | Counsel for **OXYGEN HOSPITALITY GROUP, INC** |
| | **Guidant Law, PLC** |
| | **402 E. Southern Ave** |
| | **Tempe, AZ 85282** |
| | **602-888-9229** |
| | **cindy@guidant.law** |