# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                             Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America Operating Account CC | CHECKING | 7623 | $1,471.95 |
| 3.2. | Bank of America Operating Account -payroll | CHECKING | 8010 | $919.84 |
| 3.3. | Bank of America Operating Account | | 7607 | $416.11 |
| 3.4. | BANK OF AMERICA IR ACCOUNT | CHECKING | 7650 | $0.00 |
| 3.5. | US BANK | CHECKING | 7670 | $337.98 |
| 3.6. | US BANK | CHECKING | 7746 | $840.68 |

4. **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                              $3,986.56

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                                  % of ownership
        HOTEL OXYGEN MIDTOWN, I, LLC
        A GREAT HOTEL COMPANY, ARIZONA, LLC
        HOTEL OXYGEN PALM SPRINGS, LLC
    15.1.  A GREAT HOTEL COMPANY, LLC                                100      %      N/A                                 $0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                                $0.00

    Add lines 14 through 16. Copy the total to line 83.

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **OXYGEN HOSPITALITY GROUP, INC**
        Name
                                                          Case number *(If known)* **2:19-bk-14401**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers, printers, fax machine | $4,918.00 | Replacement | $918.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                            $918.00
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **OXYGEN HOSPITALITY GROUP, INC**               Case number *(If known)*  2:19-bk-14401
         Name

## Part 12:     Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,986.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $918.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,904.56    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,904.56 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **OXYGEN HOSPITALITY GROUP, INC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:19-bk-14401** |

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> ADVANCED NETWORK SERVICE <br> 3514 N. POWER RD, STE 133 <br> Mesa, AZ 85215 <br> Date(s) debt was incurred **7/2019** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **BUSINESS DEBT** <br> Is the claim subject to offset? ■ No ☐ Yes | | **$7,594.46** |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> ANDATO ANALYTICAL DATA <br> 14829 N. 54TH PLACE <br> Scottsdale, AZ 85254 <br> Date(s) debt was incurred **08/2019** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **BUSINESS DEBT** <br> Is the claim subject to offset? ■ No ☐ Yes | | **$4,135.00** |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> ANGELICA AZUARA <br> 66310 2ND STREET <br> Desert Hot Springs, CA 92240 <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **BUSINESS DEBT** <br> Is the claim subject to offset? ■ No ☐ Yes | | **$8,700.00** |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> Claremont Land Group, LLC <br> 5861 Pine Ave. Ste A-1 <br> Chino Hills, CA 91709 <br> Date(s) debt was incurred **12/2018** <br> Last 4 digits of account number **2026** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **BUSINESS DEBT** <br> Is the claim subject to offset? ■ No ☐ Yes | | **$40,144.50** |

| Debtor | **OXYGEN HOSPITALITY GROUP, INC** | Case number (if known) | **2:19-bk-14401** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**CONCIERGE CONSULTLING, LLC**<br>**20860 N. TATUM BLVD, STE 300**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred  **7/1/2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16,120.00** |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**COX BUSINESS**<br>**P.O. BOX 53249**<br>**Phoenix, AZ 85072-3249**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$199.00** |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**DAVID VALADE**<br>**20860 N. TATUM BLVD, STE 240**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **REIMBURSEMENT OF EXPENSES**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,625.53** |
|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**DAVIS MILES, GARDNER**<br>**40 E. RIO SALADO PKWAY**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred  **JANUARY 2019**<br>Last 4 digits of account number  **7001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$481.50** |
|---|---|---|

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**DERRICK JOHN**<br>**20860 N. TATUM BLVD, STE 240**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **UNPAID WAGES**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$62,139.00** |
|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**FEDEX**<br>**P.O. BOX 7221**<br>**Pasadena, CA 91109**<br><br>Date(s) debt was incurred  **SEPTEMBER 116, 2019**<br>Last 4 digits of account number  **9395** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$52.30** |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**JAMES 45 LLC**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **BUSINESS DEBT**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$200,000.00** |
|---|---|---|

Debtor  **OXYGEN HOSPITALITY GROUP, INC**  Case number (if known)  **2:19-bk-14401**

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**JIVE COMMUNICATIONS**<br>P.O. Box 412252<br>Boston, MA 02241<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$206.47**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**LIBERTAS LAW GROUP**<br>225 SANTA MONICA BLVD. 5TH FLOOR<br>Santa Monica, CA 90401<br><br>Date(s) debt was<br>incurred __JANUARY -AUGUST 2019__<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$20,000.04**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**LIBERTY MUTUAL INSURANCE**<br>P.O. BOX 91013<br>Chicago, IL 60680<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$17,887.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**LIME GOAT**<br>15879 N. 80TH STREET<br>Scottsdale, AZ 85260<br><br>Date(s) debt was incurred  __DECEMBER 2018__<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$4,225.34**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**MARCUM, LLP**<br>750 THIRD AVE, 11TH FLOOR<br>New York, NY 10017<br><br>Date(s) debt was incurred  __November 2018__<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$5,150.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**NEX INDUSTRIES**<br>905- WEST PENDER STREET, STE 402<br>VANCOUVER, BC, V6C 1L6<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$81,078.48**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**R S MARKETING & ASSOCIATES**<br>24801 N. 84TH ST<br>Scottsdale, AZ 85255<br><br>Date(s) debt was incurred  __JANUARY -JUNE 2019__<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$42,000.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __BUSINESS DEBT__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **OXYGEN HOSPITALITY GROUP, INC** | Case number (if known) | **2:19-bk-14401** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**SIMMONS & GOTTFRIED**<br>**8160 E. BUTHERUS, STE 7**<br>**Scottsdale, AZ 85260**<br>Date(s) debt was incurred **AUGUST & SEPTEMBER 2019**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,114.00** |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**STAR SERVICES CORP**<br>**7363 E. ADOBE DRIVE, STE 115**<br>**Scottsdale, AZ 85255**<br>Date(s) debt was incurred **DECEMBER 2018**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**TECHNOLOGYVILLE**<br>**2733 N. POWER RD, STE 102-191**<br>**Mesa, AZ 85215**<br>Date(s) debt was incurred **JUNE 2018-JUNE 2019**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$187.50** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**V CORP**<br>**25 RBERT PITT DRIVE, STE**<br>**Monsey, NY 10952**<br>Date(s) debt was incurred **FEBRUARY -NOVEMBER 2019**<br>Last 4 digits of account number **2809** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21.26** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**WEST COAST STOCK TRANSFER**<br>**721 N. VULCAN AVE, STE 205**<br>**Encinitas, CA 92024**<br>Date(s) debt was incurred **JANUARY 2019**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **BUSINESS DEBT**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$534.85** |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **567,671.23** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **567,671.23** |

**Fill in this information to identify the case:**

Debtor name: **OXYGEN HOSPITALITY GROUP, INC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): **2:19-bk-14401**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **INTERNET** | |
| | State the term remaining: **03/1/2020** | **COX BUSINESS**<br>P. O. Box 1259<br>Oaks, PA 19456-1259 |
| | List the contract number of any government contract: | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: **TELEPHONE SYSTEM** | |
| | State the term remaining: **MONTH TO MONTH** | **JIVE COMMUNICATIONS**<br>P.O. Box 412252<br>Boston, MA 02241 |
| | List the contract number of any government contract: | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest: **Yaron Ashkenazi Services Agreement** | |
| | State the term remaining: **5/2018-5/2028-9 yrs** | **LY INVESTMENTS**<br>27962 N 64th Place<br>Scottsdale, AZ 85266 |
| | List the contract number of any government contract: | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest: **Sublease of office space at N. Tatum Location/Evicted from property Dec 1, 2019.** | |
| | State the term remaining: **JANUARY 31, 2020** | **Pinnacle Law, PLLC**<br>20860 N. Tatum Blvd, STE 180<br>Phoenix, AZ 85050 |
| | List the contract number of any government contract: | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **OXYGEN HOSPITALITY GROUP, INC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:19-bk-14401** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $831,522.00 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $-17,359.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **MERV CHIA**<br>3600 N. 2ND AVE<br>Phoenix, AZ 85013<br>**DIRECTOR** | **2019** | **$8,163.00** | **REIMBURSEMENT OF EXPENSES** |
| 4.2. | **YARON ASHKENAZI**<br>3600 N. 2ND AVE<br>Phoenix, AZ 85013<br>**CHIEF EXECUTIVE OFFICER** | **1/2019-9/2019** | **$130,416.93** | **PAYROLL** |
| 4.3. | **DAVID VALADE**<br>3600 N. 2ND AVE<br>Phoenix, AZ 85013<br>**CHIEF FINANCIAL OFFICER** | **1/2019-9/2019** | **$100,053.00** | **PAYROLL** |
| 4.4. | **SEE ATTACHED** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Peter Anadranistakis, 02 Investments, Inc. vs. Merv Chia , Sandra Tai , Yaron Ashkenazi , Liat Ashkenazi, M C Investment Corp, LY Investments L L C , Oxygen Hospitality Group Inc., David Valade , Theresa Valade, Derek John,, Oxygen Hospitality Group Canada Inc., Orion Atlantic Hotels Corporation, Oxygen Hotels International L L C ., Hotel Midtown I, L L C ., Hotel Midtown I I, L L C., Hotel Midtown Management L L C ., Midtown Center Properties L L C ., Powered By Oxygen Management L L C., CV2019-011949** | Civil | **MARICOPA COUNTY SUPERIOR COURT 201 W. JEFFERSON Phoenix, AZ 85003** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ANGELICA AZUARA VS. OXYGEN HOSP. GROUP, INC PSS-1901387** | **Civil-UNPAID WAGES** | **RIVERSIDE COUNTY SUPERIOR COURT PALM SPRINGS, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CALIFORNIA EMPLOYMENT INDUSTR WM CM 697868** | Civil | **CALIFORNIA DEPT OF INDUSTRIAL RELATIONS LABOR COMMISSIONER'S OFFICE 464 W 4TH STREET, RM 348 San Bernardino, CA 92401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | OXYGEN HOSPITALITY GROUP, INC | Case number (if known) | 2:19-bk-14401 |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Guidant Law, PLC<br>402 E. Southern Ave<br>Tempe, AZ 85282 | Attorney Fees- | AUGUST 2019 | $2,907.00 |
| | Email or website address<br>lamar@guidant.law | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|---|
    | 25.1. | OXGEN HOTEL MIDTOWN, I, LLC<br>3600 N. 2ND AVE<br>Phoenix, AZ 85013 | HOTEL | EIN: 83-3360409<br>From-To 1/28/2019-PRESENT |
    | 25.2. | A GREAT HOTEL COMPANY, ARIZONA, LLC<br>3600 N. 2ND AVE<br>Phoenix, AZ 85013 | MANGEMENT OF HOTEL OXYGEN MIDTOWN, I, LLC | EIN: 83-3346986<br>From-To 01/28/2019-PRESENT |

| Debtor | OXYGEN HOSPITALITY GROUP, INC | Case number *(if known)* | 2:19-bk-14401 |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.3. **HOTEL OXYGEN PALM SPRINGS, LLC**<br>2000 N. PALM SPRINGS CANYON<br>Phoenix, AZ | **HOTEL/RESORT** | EIN: 82-4330917<br><br>From-To 01/18/2018-PRESENT |
| 25.4. **A GREAT HOTEL COMPANY, LLC**<br>3600 N/ 2ND AVE<br>Phoenix, AZ 85013 | **MANGEMENT OF HOTEL OXYGEN PALM SPRINGS, LLC** | EIN: 83-1155505<br><br>From-To 01/28/2019-PRESENT |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **CONCIERGE CONSULTLING, LLC**<br>20860 N. TATUM BLVD, STE 300<br>Phoenix, AZ 85050 | **2018 TAX RETURNS-ONLY** |
| 26a.2. | **DAVID VALADE**<br>3600 N/ 2ND AVE<br>Phoenix, AZ 85013 | **MAY 2018-PRESENT** |
| 26a.3. | **SUE HARRINGTON**<br>3600<br>Phoenix, AZ 85050 | **FEBRUARY OF 2019-PRESENT** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **DAVID VALADE**<br>20860 N. TATUM BLVD, STE 240<br>Phoenix, AZ 85050 | |
| 26c.2. | **SUE HARRINGTON**<br>3600 N. 2ND AVENUE<br>Phoenix, AZ 85013 | |
| 26c.3. | **MARCUM, LLP**<br>750 THIRD AVE, 11TH FLOOR<br>New York, NY 10017 | **2018 audit that was stopped-unpaid bill, it was cancelled by Debtor in May 20, 2019.** |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

   **Name and address**

Debtor  OXYGEN HOSPITALITY GROUP, INC                    Case number *(if known)*  2:19-bk-14401

| | Name and address |
|---|---|
| 26d.1. | **PROFECTUS WEALTH MANAGMENT**<br>**1055 W 7th St Suite 3260, Los Angeles, C**<br>**Los Angeles, CA 90017** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **MERV CHIA** | **3600 N. 2ND AVE.**<br>**Phoenix, AZ 85013** | **CHAIRMAN OF THE BOARD** | **27%** |
    | **DERRICK JOHNS** | **3600 N. 2ND AVE**<br>**Phoenix, AZ 85013** | **DIRECTOR OF FINANCE** | **27%** |
    | **YARON ASHKENAZI** | **3600 N/ 2ND AVE**<br>**Phoenix, AZ 85013** | **CHIEF EXECUTIVE OFFICER** | **27%** |
    | **DAVID VALADE** | **3600 N. 2ND AVE**<br>**Phoenix, AZ 85013** | **CHIEF FINANCIAL OFFICER** | **0%** |
    | **SEE CAP REPORT** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

    | Name | Address | Position and nature of any interest | Period during which position or interest was held |
    |---|---|---|---|
    | **PETER ANADRANISTAKIS** | **c/o Galbut & Galbut**<br>**Phoenix, AZ 85016** | **DIRECTOR/PRESIDENT** | **5/2018-AUGUST 2019** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Debtor | OXYGEN HOSPITALITY GROUP, INC | Case number *(if known)* 2:19-bk-14401 |
|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation | |
|---|---|---|
| **A GREAT HOTEL COMPANY, ARIZONA, LLC** | EIN: | 83-3346986 |
| **A GREAT HOTEL COMPANY, LLC** | EIN: | 83-1155505 |
| **HOTEL OXYGEN PALM SPRINGS, LLC** | EIN: | 82-4330917 |
| **HOTEL OXYGEN MIDTOWN I, LLC** | EIN: | 83-3360409 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 23, 2019**

**/s/ DAVID VALADE**      **DAVID VALADE**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CHIEF FINANCIAL OFFICER**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes