# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                      )         CASE NO. <u>19-14401</u>

)

OXYGEN HOSPITALITY GHROUP, INC.     )     **BUSINESS AND INDUSTRY**

)        **MONTHLY OPERATING REPORT**

)

)        MONTH OF      <u>March-20</u>

)

)        DATE PETITION FILED:    <u>11/12/2019</u>

Debtor )

)        TAX PAYER ID NO. : <u>           </u>

Nature of Debtor's Business: <u>        </u> Hotel Management

DATE DISCLOSURE STATEMENT  FILED <u>      </u> TO BE FILED <u>         </u>

DATE PLAN OF REORGANIZATION  FILED <u>     </u> TO BE FILED <u>        </u>

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**RESPONSIBLE  PARTY:**

*David Valade*                           CFO
ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY        TITLE

David Valade                       4/14/2020
PRINTED NAME  OF RESPONSIBLE PARTY           DATE

**PREPARER:**

*David Valade*                           CFO
ORIGINAL  SIGNATURE  OF  PREPARER             TITLE

David Valade                       4/14/2020
PRINTED NAME OF PREPARER                DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** David Valade

PHONE NUMBER: <u>480-236 -2712</u>

ADDRESS: <u>3600 N. 2 nd Ave. Phoenix, AZ 85013</u>

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT**

OXYGEN HOSPITALITY GROUP, INC.

Case Number: 19-14401

CURRENT MONTH"S
RECEIVS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Cash | Operating | Payroll | Tax | |
| | | #1345 | # | # | |
| Balance at Beginning of Period | | 390.6 | | | 390.6 |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| | | | | | |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| **TOTAL DISBURSEMENTS** | | 390.6 | | | 390.6 |
| **Balance at End of Month** | | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 390.6 |
| **Less**: Transfers to Other DIP Accounts | |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 390.6 |

Page 2

OXYGEN HOSPITALITY GROUP, INC.

Case Number: 19-14401

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less:  Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | 1,264.27 | 5,469.15 |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | 1,264.27 | 5,469.15 |

| Income Before Non-operating Income and Expense | | (1,264.27) | (5,469.15) |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | 2,197.74 | 6,294.62 | 8,267.22 |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | (2,197.74) | (6,294.62) | (8,267.22) |

| LOSS Before Reorganization Expense | (2,197.74) | (7,558.89) | (13,736.37) |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | 1,043.50 | 1,685.90 | 3,726.60 |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | (1,043.50) | (1,685.90) | (3,726.60) |

| Income Tax | | | (17,462.97) |
|---|---|---|---|

| NET LOSS | (3,241.24) | (9,244.79) | (17,462.97) |
|---|---|---|---|

| OXYGEN HOSPITALITY GROUP, INC. | |
|---|---|
| Case Number: | 19-14401 |

**INCOME STATEMENT**

| OPERATING EXPENSES | |
|---|---|
| Other Expenses (attach detail) | |
| Late Fees and  Penalities | |
| Telephone Expense Corporate | |
| Total | **0.00** |

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current
and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 3986.56 | 390.60 | 390.60 |
| Restricted Cash | | | |
| Total Cash | 3986.56 | 390.60 | 390.60 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | 918.00 | 918.35 | 918.00 |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | **1,932,337.78** | **1,932,323.65** | **1,932,323.65** |
| TOTAL ASSETS | 1937242.34 | 1,933,632.60 | 1,933,632.25 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | 1644.19 | 458 |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | 3571.1 | 3713.79 |
| Secured Debt | | | |
| Other (attach list) | | 8637.94 | 0 |
| Total Post-Petition Liabilities | | 13,853.23 | 4,171.79 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | 567671.23 | 567671.23 | 567671.23 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 567671.23 | 567671.23 | 567671.23 |
| TOTAL LIABILITIES | 567671.23 | 581,524.46 | 571,843.02 |
| EQUITY | | | |
| Pre-petition Owner's Equity | 1,369,571.11 | 1,369,571.11 | 1,369,571.11 |
| Post-Petition Cumulative Profit/Loss | | (17,462.97) | (17,462.97) |
| Direct Charges to Equity (explain) | | | |
| Total Equity | 1369571.11 | 1,352,108.14 | 1,352,108.14 |
| TOTAL LIABILITIES & OWNER'S EQUITY | 1937242.34 | 1,933,632.60 | 1,923,951.16 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

**Balance Sheet Schedules**

**Month:** March-20

| ASSETS | |
|---|---|
| **Other (attach list)** | |
| Due From Hotel Oxygen Palm Spr | 509,892.29 |
| Due from A Great Hotel Company | 156,872.83 |
| Due To/From AGHCAZ | (171,803.99) |
| Due/To HOM | 1,437,362.52 |
| Total | **1,932,323.65** |
| | |
| | |

| POST-PETITION LIABILITIES | |
|---|---|
| *Other (attach list)* | |
| Accrued Interest | 8,637.94 |
| | |
| Total | **8,637.94** |

OXYGEN HOSPITALITY GROUP, INC.
Case Number:                    19-14401

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | N/A | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | N/A |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus:  Purchases | N/A |
| Less:  Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT  BOOK AMOUNT |
|---|---|---|---|---|
| Real Property | | | | 0 |
| Buildings | | | | $0.00 |
| Accumulated Depreciation | | | | $0.00 |
| Net Buildings | | | | $0.00 |
| Equipment | $918.00 | | | $918.00 |
| Accumulated Depreciation | | | | $0.00 |
| Net Equipment | $918.00 | | | $918.00 |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 5

| OXYGEN HOSPITALITY GROUP, INC. | |
|---|---|
| Case Number: | 19-14401 |

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 1,666.19 | 1644.19 | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | 3,571.10 | 3571.1 | | | |
| Secured Debt | | | | | |
| Other (attach list) | 8,637.94 | 8637.94 | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | 13,875.23 | 13,853.23 | | | |

**\*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| N/A | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| N/A | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

Page 6

| OXYGEN HOSPITALITY GROUP, INC. | |
|---|---|
| Case Number: | 19-14401 |

**Balance Sheet Schedules**

| Other (attach list) | |
|---|---|
| *Other (attach list)* | |
| Accrued Interest | 8,637.94 |
| Total | **8,637.94** |

| Vendor ID | Vendor | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| COX | Cox Communications | Dec19 | | | | 229.00 | 229.00 |
| COX | Cox Communications | Jan20 | | | | 229.00 | 229.00 |
| **COX** | **Cox Communications** | | | | | **458.00** | **458.00** |
| Libertas Law Group | Libertas Law Group | FC 549 | | | | 188.46 | 188.46 |
| Libertas Law Group | Libertas Law Group | FC 551 | | | | 191.46 | 191.46 |
| Libertas Law Group | Libertas Law Group | FC-655 | | | 92.83 | | 92.83 |
| Libertas Law Group | Libertas Law Group | FC-656 | | | 713.44 | | 713.44 |
| **Libertas Law Group** | **Libertas Law Group** | | | | **806.27** | **379.92** | **1,186.19** |
| **Report Total** | | | | | **806.27** | **837.92** | **1,644.19** |

### QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

Current number of employees:          0

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| Liberty Mutual | General Liabilty | 5/01/2019-5/31/2020 | $28,836.00 |
| Liberty Mutual | Umbrella 14Mil | 5/01/2019-5/31/2021 | $20,832.00 |
| Liberty Mutual | WorkersComp | 5/01/2019-5/31/2022 | $117,921.00 |
| Arch | D and O Insurance | 7/31/19 -7/31/20 | $18,900.00 |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

The corporate office is closed

Both properties have offers on them

We had 6 employees in the Corp office.  We layed off 4 and relocated the last two to he hotel.

**Identify any matters that are delaying the filing of a plan of reorganization:**

We have been in Negotiations with the Peter Anadranistakis to purchase the properties. He has been working with the largest noteholder for an agreement to satisfy their conditions.  Also have several third party buyers for each hotel.

Page 7

OXYGEN HOSPITALITY GROUP, INC.
Case Number: 19-14401

# DISBURSEMENT DETAIL

**Month:** March-20
**Account #** Ending in 1345

**Bank Name** US Bank

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| Total Cash/Electronic Disbursements | | | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | |
|---|---|

Page 8

OXYGEN HOSPITALITY GROUP, INC.
Case Number:    19-14401

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL DISBURSEMENTS - THIS PAGE** | | | | |

Page 8a



**Business Statement**

Account Number:

████████ 1345

Statement Period:

Mar 2, 2020

through

Mar 31, 2020

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8652        TRN                    S              Y         ST01



000119905 01  SP  0.500  000638416491730 P  Y
ESTATE OF  OXYGEN HOSPITALITY GROUP INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-14401-PS
3600 N 2ND AVE
PHOENIX AZ  85013-3941

☎                              *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                                    *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                    *usbank.com*

---

# NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

# INFORMATION YOU SHOULD KNOW

**Effective May 11, 2020** the ***"Your Deposit Account Agreement"*** booklet will include updates that may affect your rights. The main updates to note in the revised ***"Your Deposit Account Agreement"*** booklet sections, and sub sections, are:

- Included in multiple sections
  - Clarification around reoccurring or one-time merchant debit card transactions
  - Rebranding of the Premier Line of Credit product to Personal Line of Credit
  - Clarification on ATM deposit availability
- Addition of "Special Provisions for Third Party Accounts" section
- Definitions section
  - Added the definition for "account" or "statement" cycle
- Savings Account section
  - Clarification on "Transfer and/or Withdrawal Restrictions"
  - Clarification on "Excessive Transfers and/or Withdrawals"
- Levies, Garnishments and other Legal Process section
  - Additional language and clarity on the legal process
- Funds Availability section
  - Changes to the Funds Availability section to reflect inflationary adjustments to certain specified dollar amounts for deposited funds:

| Funds Availability Section | Current Amounts | Amounts effective as of May 11, 2020 |
|---|---|---|
| Immediate Availability - All Accounts | Up to first $200 | Up to first $225 |
| Longer Delays May Apply - Case by Case Delays | The first $200 of your deposit | (Increases to) $225 |
| Longer Delays May Apply - Safeguard Exceptions | Deposit of Check(s) greater than $5,000 | (Increases to) $5,525 |
| Special Rules for New Accounts - Retail Consumer and Business Accounts | All references of $5,000 | (Increases to) $5,525 |

  - Determining the Availability of a Deposit - All Accounts sub-section
    - Updated timing on deposits done at an ATM
  - Deposits at Automated Teller Machines sub-section



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



ESTATE OF OXYGEN HOSPITALITY GROUP INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-14401-PS
3600 N 2ND AVE
PHOENIX AZ 85013-3941

**Business Statement**

Account Number:
████ 1345
Statement Period:
Mar 2, 2020
through
Mar 31, 2020

Page 2 of 2



## INFORMATION YOU SHOULD KNOW (CONTINUED)

- ▪ Addition of Partner ATMs section
- • Removed the following content and will be distributed upon individual product purchase
  - ○ Safe Deposit Box Agreement
  - ○ Consumer Reserve Line Agreement
  - ○ Business Reserve Line Agreement

Starting May 11, you may pick up a copy at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                        Account Number ████-1345

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Mar 2 | | $ | 390.60 |
| Checks Paid | 1 | | 325.00- |
| **Ending Balance on Mar 31, 2020** | | **$** | **65.60** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 1001 | Mar 20 | 9253310863 | 325.00 |
| | | **Conventional Checks Paid (1)** | **$ 325.00-** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Mar 20 | 65.60 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2020

| | | | |
|---|---|---|---|
| Account Number: | ████-1345 | $ | 5.00 |
| Analysis Service Charge  waived | ████-1345 | $ | 5.00 |

### Service Activity Detail for Account Number ████-1345

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number ████-1345 | | $ | 5.00 |



This page intentionally left blank