IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOTEL OXYGEN MIDTOWN I, LLC, Debtor. | Chapter 11 Proceedings |
| HOTEL OXYGEN PALM SPRINGS, LLC Debtor. | Case No. 2:19-bk-14399-PS<br>Case No. 2:19-bk-14400-PS<br>Case No. 2:19-bk-14401-PS<br>Case No. 2:19-bk-14402-PS |
| OXYGEN HOSPITALITY GROUP, INC., Debtor. | Case No. 2:19-bk-14403-PS |
| A GREAT HOTEL COMPANY ARIZONA, LLC, Debtor. | ORDER DISMISSING CASE<br><br>**\* This filing applies only to Oxygen Hospitality Group, Inc.** |
| A GREAT HOTEL COMPANY, LLC, Debtor. | |

On February 8, 2022, the United States Trustee (UST) filed a Motion to Dismiss Case pursuant to 11 U.S.C. §1112. The Court scheduled a hearing on the Motion for Thursday, March 10, 2022. The UST received no objections to Motion and at the hearing received support for the Motion from the Debtor, the Unsecured Creditor's Committee and the Profectus Wealth Management Noteholders. Based on the information at the hearing and the UST's Motion, the Court concluded that dismissal of the Chapter 11 case was appropriate. Based on the Motion and the entire record as it currently exists and for good cause shown:

**IT IS ORDERED** dismissing the Debtor's Chapter 11 case of Oxygen Hospitality Group, Inc., case no. 2:19-bk-14401-PS.

DATED AND SIGNED ABOVE.